JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 10-5635-VBF(FFMx)**                    Dated: **November 3, 2010**

Title:    Nedgam Productions, LLC, et al -v- Bizparentz Foundation, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

          Joseph Remigio                          None Present
          Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

          None Present                            None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER DISMISSING ACTION IN ITS ENTIRETY**

     In light of the Notice of Voluntary Dismissal of Case Pursuant to FRCP 41(a)(1), filed by Plaintiffs Nedgam Productions, LLC d/b/a/ THE and Edge 1 Productions, LLC d/b/a ACT (dkt. #80), this action is hereby dismissed in its entirety. *See* Fed. R. Civ. P. 41(a).

     This action is closed and all future dates are vacated.

**IT IS SO ORDERED.**

MINUTES FORM 90                          Initials of Deputy Clerk    jre
CIVIL - GEN

-1-